IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**STEPHEN JEFFREY VOGEL,**<br><br>Defendant. | CR 23-26-GF-BMM<br><br><br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure.

2. A Preliminary Order of Forfeiture was entered on May 16, 2023. (Doc. 29).

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Docs. 31, 31-1).

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure.

1

IT IS ORDERED:

THAT the Motion for Final Order of Forfeiture is GRANTED;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

- Sun City Machinery Co., LTD Stevens 320 Shotgun, 12 gauge caliber, SN: 137504K
- Hipoint C9 Pistol, 9mm, SN: P1596974
- 8 rounds of Fiocchi 9mm ammunition
- Heritage Manufacturing Inc. Rough Rider Revolver, .22 caliber, SN: 106637
- 2 rounds of Aguila .22 caliber ammunition
- Mossberg 500C Shotgun, 20 gauge caliber, SN: R681801

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 25th day of July, 2023.

_____
Brian Morris, Chief District Judge
United States District Court