IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN JEFFREY VOGEL,<br><br>Defendant. | CR 23-26-GF-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS |

## I. Synopsis

Defendant Stephen Jeffrey Vogel has been accused of violating the conditions of his supervised release. (Docs. 49, 58 and 64). Vogel admitted some of the alleged violations. Vogel's supervised release should be revoked. Vogel shall be sentenced to custody for 13 months, with no term of supervised release to follow.

## II. Status

On May 8, 2025 Vogel plead guilty to the offense of Prohibited Person in Possession of a Firearm, in violation of 18 U.S.C. § 922 (g)(1) and § 924 (a)(1)) as charged in Count 2 of the Indictment. (Doc. 25). The Court sentenced Vogel to 32

months of custody followed by 3 years of supervised release. (Doc. 45). Vogel's current term of supervised release began on May 12, 2025.

**Petition**

On May 13, 2026, the United States Probation Office filed a Petition requesting that the Court revoke Vogel's supervised release. (Doc. 49). The Petition alleged that Vogel had violated the conditions of his supervised release by: (1) committing the misdemeanor offense of Assault, in violation of Mont. Code. Ann. § 45-5-201 on May 8, 2026, in Great Falls, Montana; (2) using cocaine of May 8, 2026; (3) using methamphetamine, marijuana, and fentanyl on May 11, 2026; (4) consuming alcohol on May 8, 2026, and testing positive on May 12, 2026, for marijuana, cocaine, alcohol, MDMA and methamphetamine; (5) failing to reside in a place approved by his probation officer by staying at a motel on May 11, 2026 without the permission of his probation officer; (6) driving under the influence of drugs on May 12, 2026; and (7) admitting on May 12, 2026 to smoking synthetics for several months and being untruthful during a non-compliance hearing on January 7, 2026 regarding such use.

**Initial appearance**

Vogel appeared before the Court on May 26, 2026. Vogel was represented by counsel. Vogel stated that he had read the Petition and that he understood the

allegations against him. Vogel waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on May 26, 2026. Vogel admitted that he had violated the conditions of his supervised release as set forth as allegations 2, 3, 4, 5 and 7 in the Petition. Vogel's admitted violations, 2-5 and 7, are serious and warrant revocation of his supervised release. The Government requested to hold allegations 1 and 6 in abeyance. The Court set Vogel sentencing for September 8, 2026.

**Amended Petition**

On June 23, 2026, the United States Probation Office filed an Amended Petition requesting that the Court revoke Vogel's supervised release. (Doc. 58). The Amended Petition alleged that Vogel had additionally violated the conditions of his supervised release by: (8) entering Beacon Icehouse bar, an establishment where alcohol is the primary item of sale, on June 20, 2026.

**Second Initial appearance**

Vogel appeared before the Court on July 1, 2026. Vogel was represented by counsel. Vogel stated that he had read the Amended Petition and that he understood

the allegations against him. Vogel waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Second Revocation hearing**

The Court conducted a revocation hearing on July 1, 2026. The Court noted that Vogel had previously admitted that he had violated the conditions of his supervised release as set forth in allegations 2, 3, 4, 5 and 7 in the Amended Petition. The Court then determined the Government had proven violation 8. The Court continued Vogel's sentencing until January 19, 2027.

**Second Amended Petition**

On August 31, 2026, the United States Probation Office filed a Second Amended Petition requesting that the Court revoke Vogel's supervised release. (Doc. 64). The Second Amended Petition alleged that Vogel had additionally violated the conditions of his supervised release by: (9) being terminated from the Great Falls Pre-Release Center on August 31, 2026, for use and/or possession of intoxicating substances.

**Third Initial Hearing**

Vogel appeared before the Court on September 8, 2026. Vogel was represented by counsel. Vogel stated that he had read the Second Amended Petition and that he understood the allegations against him. Vogel waived his right to a

preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Third Revocation Hearing**

The Court conducted a revocation hearing on September 8, 2026. The Court noted that Vogel had previously admitted that he had violated the conditions of his supervised release as set forth in allegations 2, 3, 4, 5, 7 and that the Government had proven allegation 8 as set forth in the Second Amended Petition. Vogel then admitted violation 9. Vogel's admitted violations, 2-5 and 7-9, are serious and warrant renovation of his supervised release.

**Sentencing Hearing**

Vogel appeared before the Court on September 8, 2026. Vogel's violations are Grade C. His criminal history category is V. Vogel's underlying offense is a Class C felony. Vogel could be incarcerated for up to 24 months. Vogel could be ordered to remain on supervised release for 36 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 7 to 13 months.

## III. Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Vogel's supervised release should be revoked. Vogel shall be sentenced to custody for 13 months, with no term of

supervised release to follow. This sentence is sufficient but not greater than necessary.

## IV. Conclusion

The Court informed Vogel that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Vogel of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Vogel that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS**:

> That STEPHEN JEFFREY VOGEL has violated the conditions of his supervised release by: (2) using cocaine of May 8, 2026; (3) using methamphetamine, marijuana, and fentanyl on May 11, 2026; (4) consuming alcohol on May 8, 2026, and testing positive for marijuana, cocaine, alcohol, MDMA and methamphetamine on May 12, 2026; (5) failing to reside in a place approved by his probation officer by staying at a motel on May 11, 2026, without the permission of his probation officer; (7) admitting on May 12, 2026, to smoking synthetics for several months and being untruthful during a non-compliance hearing on January 7, 2026 regarding such use; (8) entering Beacon Icehouse bar, an establishment where alcohol is the primary item of sale, on June 20, 2026; and (9) being terminated from the Great Falls Pre-Release Center on August 31, 2026, for use and possession of intoxicating substances.

The Court **RECOMMENDS**:

That the District Court sentence Vogel to custody for 13 months, with no term of supervised release to follow.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. Section 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 8th day of September 2026.

John Johnston
United States Magistrate Judge