**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN JEFFREY VOGEL,<br><br>Defendant. | CR-23-26-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 8, 2026. (Doc. 69.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on September 15, 2026. (Doc. 67.) The United States accused Stephen Vogel (Vogel) of violating the conditions of his supervised release by: (1) committing the misdemeanor offense of Assault, in violation of Mont. Code. Ann. § 45-5-201 on May 8, 2026, in Great Falls, Montana; (2) using cocaine of May 8, 2026; (3) using methamphetamine, marijuana, and fentanyl on May 11, 2026; (4) consuming alcohol on May 8, 2026, and testing positive on May 12, 2026, for marijuana, cocaine, alcohol, MDMA and methamphetamine; (5) failing to reside in a place approved by his probation officer by staying at a motel on May 11, 2026 without the permission of his probation officer; (6) driving under the influence of drugs on May 12, 2026; (7) admitting on May 12, 2026 to smoking synthetics for several months and being untruthful during a non-compliance hearing on January 7, 2026 regarding such use; by: (8) entering Beacon Icehouse bar, an establishment where alcohol is the primary item of sale, on June 20, 2026 and by: (9) being terminated from the Great Falls Pre-Release Center on August 31, 2026, for use and/or possession of intoxicating substances (Docs. 49.)

At the revocation hearings Vogel admitted that he had violated the conditions of supervised release 2-5 and 7-9 as set forth in the Second Amended Petition. Judge Johnston found that the Government proved Vogel had violated allegation 8. Vogel was advised of his right to appeal and his right to allocute

before the undersigned. (Doc. 67.)

Judge Johnston recommended that Vogel be sentenced to a term of custody of 13 months with no supervised release to follow. (Doc. 69.)

The violations Vogel admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 69) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Stephen Vogel be sentenced to a term of custody of 13 months with no supervised release to follow.

DATED this 5th day of October 2026.

Brian Morris, Chief District Judge
United States District Courts